# ***LOW & LOW*** *ATTORNEY AT LAW, LLC*

*505 Main Street, Suite 304*                                                              *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                                                  *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                                     **RUSSELL L. LOW**


Wednesday, October 18, 2017

The Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Courtroom 3A
Newark, N.J. 07102


Re: 17-23402-SLM

Honorable Stacey L. Meisel,

    Please withdraw docket number 22, Modified Chapter 13 Plan filed by Russell L. Low.

    We apologize for any inconvenience this may have caused.


Thank you,

**/s/ Russell L. Low**
Russell L. Low, Esq.