Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23402−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kellie M Glavin
   131 Teaneck Road
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−3778

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/17/17 and a confirmation hearing on such Plan has been scheduled for 9/13/17 @ 9:00 a.m..

The debtor filed a Modified Plan on 10/18/17 and a confirmation hearing on the Modified Plan is scheduled for 11/29/17 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 24, 2017
JAN: smz

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 17-23402-SLM
Kellie M Glavin                                                      Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2          Date Rcvd: Oct 24, 2017
                             Form ID: 186               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db             +Kellie M Glavin,    131 Teaneck Road,    Teaneck, NJ 07666-3835
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516913759    ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516913760      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516913763      +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
517021331   ++++DITECH FINANCIAL LLC,,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:   Ditech Financial LLC,,    332 Minnesota St.,    Ste. 610,
                 Saint Paul, MN 55101)
516913765      +DSNB BLOOM,    9111 DUKE BLVD,    MASON, OH 45040-8999
516913766      +FAY FINANCIAL,    939 W NORTH AVE,    CHICAGO, IL 60642-7138
517021335       Keil & Sons Inc,,    1 Old Bergen Blvd,,    Fairview, NJ 07022
516913767      +MERIDIAN FIN,    1636 HENDERSONVILLE RD S,    ASHEVILLE, NC 28803-3197
517021332      +PSEG,,    PO Box 14444,    New Brunswick, NJ 08906-4444
516913769      +REAL TIME RESOLUTIONS,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
517021334      +Retail Recovery Service of NJ,,    190 Moore Street,    Ste. 201,    Hackensack, NJ 07601-7418
516957048      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516913770      +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517021336      +Stephen Glavin,    1616 Kennedy Blvd,    Union City, New Jersey 07087-1912
517021333      +Suez Water,    69 Devoe Place,    Hackensack, NJ 07601-6105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2017 23:00:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2017 23:00:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517130530       E-mail/Text: bkdepartment@rtresolutions.com Oct 24 2017 23:00:42
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516913771      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:06      SYNCB/CARE CREDIT,
                 PO BOX 965036,    ORLANDO, FL 32896-5036
516913772      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:39      SYNCB/LORD & TAY,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
516913773      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:06      SYNCB/PAYPAL SMART CON,
                 PO BOX 965005,    ORLANDO, FL 32896-5005
517048567      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2017 23:09:54      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516913761*     +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516913762*     +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516913764*     +CHASE MTG,    P.O. BOX 24696,    COLUMBUS, OH 43224-0696
516913768*     +MERIDIAN FIN,    1636 HENDERSONVILLE RD S,    ASHEVILLE, NC 28803-3197
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Oct 24, 2017
                               Form ID: 186             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
               National Association, As Legal Title Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Kellie M Glavin rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```