**Low & Low, LLC**
Russell L. Low, Esq.-4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)-343-4040
Fax (201)-488-5788
Attorney for Debtor

**Order Filed on November 14,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In Re:

**Kellie M. Glavin**

: Case No. 17-23402

: Judge Stacey L. Meisel

: Chapter 13

## CONSENT ORDER MODIFYING LOSS MITIGATION ORDER TERMS

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: November 14, 2017**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Kellie M. Glavin
Page 2
Case No. 17-23402-SLM

Upon the Debtor's Motion for Approval to Participate in the Court's Loss Mitigation Program, with U.S. BANK NATIONAL ASSOCIATION, the holder of a Mortgage on debtor's residence located at 131 Teaneck Road Teaneck, NJ 07666:

**IT IS HEREBY ORDERED** that:

1. The Debtor shall carry out the Loss Mitigation outside of the Portal by sending documents via fax directly to the lender.

Dated: August 25, 2017

/s/ Russell L. Low
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor

Dated: 10·31·2017

*Laura Egerman*
**LAURA M. EGERMAN, ESQ.**
Robertson, Anschutz, & Schneid,

P.L.

Attorney for Secured Creditor