**Low & Low, LLC**
Russell L. Low, Esq.-4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)-343-4040
Fax (201)-488-5788
Attorney for Debtor

**Order Filed on November 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

**Kellie M. Glavin**

: Case No. 17-23402

: Judge Stacey L. Meisel

: Chapter 13

**CONSENT ORDER MODIFYING LOSS MITIGATION ORDER TERMS**

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: November 14, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Kellie M. Glavin
Page 2
Case No. 17-23402-SLM

---

Upon the Debtor's Motion for Approval to Participate in the Court's Loss Mitigation Program, with U.S. BANK NATIONAL ASSOCIATION, the holder of a Mortgage on debtor's residence located at 131 Teaneck Road Teaneck, NJ 07666:

**IT IS HEREBY ORDERED** that:

1. The Debtor shall carry out the Loss Mitigation outside of the Portal by sending documents via fax directly to the lender.

Dated: August 25, 2017

/s/ Russell L. Low
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor

Dated: 10-31-2017

*Laura Egerman*
**LAURA M. EGERMAN, ESQ.**
Robertson, Anschutz, & Schneid, P.L.

Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-23402-SLM
Kellie M Glavin                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Nov 15, 2017
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Kellie M Glavin,    131 Teaneck Road,    Teaneck, NJ 07666-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
               National Association, As Legal Title Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Kellie M Glavin rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5