# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Kellie M Glavin

Case No.: 17-23402-SLM

Hearing Date: March 14, 2018

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Stacey L. Meisel , United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 3 A
3rd Floor
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** March 14, 2018 at 9:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: February 20, 2018

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 20 , 20 18 this notice was served on the following:

Debtor, Debtor's Counsel and Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Kellie M Glavin  
    Debtor

Case No. 17-23402-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 20, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.  
db         +Kellie M Glavin,    131 Teaneck Road,    Teaneck, NJ 07666-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:  
         Kevin M. Buttery    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank  
          National Association, As Legal Title Trustee bkyefile@rasflaw.com  
         Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank  
          National Association, As Legal Title Trustee rsolarz@kmllawgroup.com  
         Russell L. Low    on behalf of Debtor Kellie M Glavin rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                    TOTAL: 6