Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23402−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kellie M Glavin
   131 Teaneck Road
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−3778

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 1, 2017.

On 3/13/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:             April 11, 2018
Time:             09:00 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 14, 2018
JAN: smz

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23402-SLM
Kellie M Glavin                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Mar 14, 2018
                            Form ID: 185             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
```
db            +Kellie M Glavin,    131 Teaneck Road,    Teaneck, NJ 07666-3835
cr            +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
516913759    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516913760     +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516913763     +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
517021331  ++++DITECH FINANCIAL LLC,,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: Ditech Financial LLC,,    332 Minnesota St.,   Ste. 610,
                Saint Paul, MN 55101)
516913765     +DSNB BLOOM,    9111 DUKE BLVD,    MASON, OH 45040-8999
517166012      Emergency Physicians Services of NJ, PA,     PO Box 1123,    Minneapolis MN 55440-1123
516913766     +FAY FINANCIAL,    939 W NORTH AVE,    CHICAGO, IL 60642-7138
517189225     +Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
517021335      Keil & Sons Inc,,    1 Old Bergen Blvd,,    Fairview, NJ 07022
516913767     +MERIDIAN FIN,    1636 HENDERSONVILLE RD S,    ASHEVILLE, NC 28803-3197
517021332     +PSEG,,    PO Box 14444,    New Brunswick, NJ 08906-4444
516913769     +REAL TIME RESOLUTIONS,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
517021334     +Retail Recovery Service of NJ,,    190 Moore Street,    Ste. 201,    Hackensack, NJ 07601-7418
516957048     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516913770     +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517021336     +Stephen Glavin,    1616 Kennedy Blvd,    Union City, New Jersey 07087-1912
517021333     +Suez Water,    69 Devoe Place,    Hackensack, NJ 07601-6105
517189235     +U.S. ROF IV Legal Title Trust 2015-1,    Fay Servicing LLC,    3000 Kellway Dr Ste 150,
               Carrollton TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2018 23:21:01      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2018 23:20:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517130530      E-mail/Text: bkdepartment@rtresolutions.com Mar 14 2018 23:21:15
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
516913771     +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:28:37      SYNCB/CARE CREDIT,
               PO BOX 965036,    ORLANDO, FL 32896-5036
516913772     +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:29:37      SYNCB/LORD & TAY,    PO BOX 965015,
               ORLANDO, FL 32896-5015
516913773     +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:28:41      SYNCB/PAYPAL SMART CON,
               PO BOX 965005,    ORLANDO, FL 32896-5005
517338919     +E-mail/Text: bknotices@snsc.com Mar 14 2018 23:22:00      US Bank Trust National Association,
               c/o SN Servicing Corporation,    323 5th Street,    Eureka CA 95501,
               US Bank Trust National Association,    c/o SN Servicing Corporation 95501-0305
517338918     +E-mail/Text: bknotices@snsc.com Mar 14 2018 23:22:00      US Bank Trust National Association,
               c/o SN Servicing Corporation,    323 5th Street,    Eureka CA 95501-0305
517048567     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 23:44:03      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517189224      U.S. ROF IV Legal Title Trust 2015-1
517189227      U.S. ROF IV Legal Title Trust 2015-1
516913761*    +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516913762*    +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516913764*    +CHASE MTG,    P.O. BOX 24696,    COLUMBUS, OH 43224-0696
517189228*    +Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
516913768*    +MERIDIAN FIN,    1636 HENDERSONVILLE RD S,    ASHEVILLE, NC 28803-3197
                                                                                  TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 14, 2018
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              Kevin M. Buttery    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
               National Association, As Legal Title Trustee bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
               National Association, As Legal Title Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Kellie M Glavin rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```