UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on September 25, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Kellie M. Glavin

Case No.: 17-23402 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Thomas A. McCarter, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: September 25, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Thomas A. McCarter, Esq.__ as __special counsel__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Thomas A. McCarter, Esq.
   299 Main Street
   Hackensack, NJ 07601

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2