Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation
as servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

IN RE:

Kellie M Glavin

Debtor

-----------------------------------------------------------X

: CASE NO.: 17-23402
:
: CHAPTER: 13
:
: HON. JUDGE.:
: STACEY L. MEISEL
:
: HEARING DATE:
: **OCTOBER 24, 2018 AT 9:00 AM**

## NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE** that SN Servicing Corporation as servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $281,740.30 which is set forth in the filed Proof of Claim.

2. Debtor(s) plan as proposed appears to contemplate that there will be no cure for the prepetition arrears of Secured Creditor unless or until a loan modification is achieved. The requirements of 11 U.S.C. § 1322(d)(2) do not provide for payment over a period longer than 5 years. Moreover, the debtor(s) are obligated to cure the arrears due to the

    objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322 (b)(5). Accordingly, in the event that the ongoing loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C. § 1325(a)(1).

3. Furthermore, Debtor's Modified Plan proposes a date of completion for a potential loan modification of April 1, 2019. A date this far out in the future is unacceptable and most importantly, the debtor was already reviewed for a loan modification and denied for insufficient income. Since the Debtor cannot afford to be approved for a loan modification, confirmation of the plan must be denied.

4. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

5. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

6. Debtor(s) proposed plan is not feasible.

7. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

    In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

                                            FRIEDMAN VARTOLO LLP
                                            85 Broad Street Suite 501
                                            New York, New York 10004
                                            Attorneys for Secured Creditor, SN Servicing Corporation as servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust

                                            By: /s/ Jonathan Schwalb
                                            Jonathan Schwalb, Esq.

Date: September 28, 2018

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for SN Servicing Corporation as servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust | Case No.: 17-23402<br><br>Chapter: 13 |
| In Re:<br>Kellie M Glavin | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Hon. Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, _Theodore Weber_ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _Jonathan Schwalb, Esq._, who represents _SN Servicing Corporation_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _September 28, 2018_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Notice of Objection to Confirmation of Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _September 28, 2018_        /s/ Theodore Weber
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kellie M Glavin<br>131 Teaneck Road<br>Teaneck, NJ 07666 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |