Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23402−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Kellie M Glavin
 131 Teaneck Road
 Teaneck, NJ 07666

Social Security No.:
 xxx−xx−3778

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 19, 2018
JAN: apc

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 17-23402-SLM
Kellie M Glavin                                                     Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2             Date Rcvd: Nov 19, 2018
                               Form ID: 148                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Kellie M Glavin,    131 Teaneck Road,    Teaneck, NJ 07666-3835
aty            +Thomas A. McCarter,    299 Main Street,    Hackensack, NJ 07601-5709
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,     85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,     UNITED STATES 33487-2853
516913763      +CHASE MTG,   PO BOX 24696,    COLUMBUS, OH 43224-0696
517021331    ++++DITECH FINANCIAL LLC,,    332 MINNESOTA ST STE E610,     SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial LLC,,     332 Minnesota St.,    Ste. 610,
                 Saint Paul, MN 55101)
517166012       Emergency Physicians Services of NJ, PA,    PO Box 1123,    Minneapolis MN 55440-1123
516913766      +FAY FINANCIAL,    939 W NORTH AVE,   CHICAGO, IL 60642-7138
517189225      +Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,   Carrollton, TX 75006-3357
517021335       Keil & Sons Inc,,    1 Old Bergen Blvd,,   Fairview, NJ 07022
516913767      +MERIDIAN FIN,    1636 HENDERSONVILLE RD S,    ASHEVILLE, NC 28803-3197
517021332      +PSEG,,   PO Box 14444,    New Brunswick, NJ 08906-4444
516913769      +REAL TIME RESOLUTIONS,     4909 SAVARESE CIR,    TAMPA, FL 33634-2413
517021334      +Retail Recovery Service of NJ,,    190 Moore Street,    Ste. 201,   Hackensack, NJ 07601-7418
517021336      +Stephen Glavin,    1616 Kennedy Blvd,   Union City, New Jersey 07087-1912
517021333      +Suez Water,    69 Devoe Place,   Hackensack, NJ 07601-6105
517189235      +U.S. ROF IV Legal Title Trust 2015-1,    Fay Servicing LLC,    3000 Kellway Dr Ste 150,
                 Carrollton TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
516913759       EDI: BANKAMER.COM Nov 20 2018 06:33:00      BK OF AMER,    PO BOX 982238,   EL PASO, TX 79998
516913760      +EDI: CHASE.COM Nov 20 2018 06:31:00      CHASE CARD,    PO BOX 15298,   WILMINGTON, DE 19850-5298
516913765      +EDI: TSYS2.COM Nov 20 2018 06:30:00      DSNB BLOOM,    9111 DUKE BLVD,   MASON, OH 45040-8999
517130530       E-mail/Text: bkdepartment@rtresolutions.com Nov 20 2018 01:14:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516957048      +EDI: DRIV.COM Nov 20 2018 06:23:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
516913770      +EDI: DRIV.COM Nov 20 2018 06:23:00      SANTANDER CONSUMER USA,    PO BOX 961245,
                 FT WORTH, TX 76161-0244
516913771      +EDI: RMSC.COM Nov 20 2018 06:33:00      SYNCB/CARE CREDIT,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
516913772      +EDI: RMSC.COM Nov 20 2018 06:33:00      SYNCB/LORD & TAY,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
516913773      +EDI: RMSC.COM Nov 20 2018 06:33:00      SYNCB/PAYPAL SMART CON,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517338919      +E-mail/Text: bknotices@snsc.com Nov 20 2018 01:14:51      US Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka CA 95501,
                 US Bank Trust National Association,    c/o SN Servicing Corporation 95501-0305
517338918      +E-mail/Text: bknotices@snsc.com Nov 20 2018 01:14:50      US Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka CA 95501-0305
517048567      +EDI: AIS.COM Nov 20 2018 06:24:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517189224       U.S. ROF IV Legal Title Trust 2015-1
517189227       U.S. ROF IV Legal Title Trust 2015-1
516913762*     +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516913761*     +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516913764*     +CHASE MTG,   P.O. BOX 24696,    COLUMBUS, OH 43224-0696
517189228*     +Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,   Carrollton, TX 75006-3357
516913768*     +MERIDIAN FIN,    1636 HENDERSONVILLE RD S,    ASHEVILLE, NC 28803-3197
                                                                                           TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Nov 19, 2018
                              Form ID: 148               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Kevin M. Buttery    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
           National Association, As Legal Title Trustee bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
           National Association, As Legal Title Trustee rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Kellie M Glavin rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```